UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Monigve Angel Romero, et al<br><br>Defendant(s) | CRIMINAL NO. 08CR1136-JM<br>                  08mj8066<br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Agustin Vasquez Martinez
06146298
883611

DATED: 4/10/08

RECEIVED _____ DUSM

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by  J. Flores
       Deputy Clerk

CLERK'S COPY
mc500 Crim-25 rev. 8-95                           ☆ U.S. GPO: 2003-581-774/70082