UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Monique Aryel Romero, et al ) <br> ) <br> Defendant(s) ) <br>_____ ) | CRIMINAL NO. 08CR1136-JM <br> ORDER 08mj8966 <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Jose Rodriguez-Perez
74120208
883612

DATED: 4/10/08

RECEIVED _____ DUSM

**PETER C. LEWIS**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk

by _J. Flores_
Deputy Clerk

CLERK'S COPY
mc500 Crim-25 rev. 8-95                     ☆ U.S. GPO: 2003-581-774/70082