UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff )<br>)<br>vs. )<br>)<br>Monique Angel Barraro et al )<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08CR1136 -JM<br>08mj6066<br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Eduardo Rodriguez-Villa
06147298
883610

DATED: 4/10/08

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ / DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _J. Flores_
Deputy Clerk