FILED
APR 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___CF___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>MONIQUE ANGEL ROMERO (1)<br>SARA JEAN WILLIS (2),<br><br>       Defendants. | Criminal Case No. 08CR1136-JM<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and<br>(v)(II) - Transportation of<br>Illegal Aliens and Aiding and<br>Abetting |

The United States Attorney charges:

On or about March 25, 2008, within the Southern District of California, defendants MONIQUE ANGEL ROMERO and SARA JEAN WILLIS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Eduardo Rodriguez-Villa, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: April 10, 2008.

KAREN P. HEWITT
United States Attorney

/s/ Jeffrey Moore

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:rp:Imperial
4/10/08