| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | CARLOS O. CANTU<br>Special Assistant United States Attorney |
| 3 | Government Attorney<br>United States Attorney's Office |
| 4 | 880 Front Street, Room 6293<br>San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5766<br>Facsimile:  (619) 235-2757 |
| 6 | Email: carlos.cantu@usdoj.gov<br>Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr1136JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| | ) | |
| MONIQUE ANGEL-ROMERO (1),<br>SARA JEAN WILLIS (2), | )<br>)<br>) | |
| Defendants. | )<br>) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

Carlos O. Cantu

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3 | "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4 | association):
5 | <u>Name</u>
6 | None
7 | Please call me at the above-listed number if you have any questions about this notice.
8 | DATED: May 12, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Carlos O. Cantu*

Carlos O. Cantu
Special Assistant United States Attorney

Notice of Appearance
United States v. Monique Angel-Romero, et al2                                        08cr1136JM

|     |     |
| --- | --- |
| 1   | UNITED STATES DISTRICT COURT |
| 2   | SOUTHERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,           )   Case No. 08 CR 1136 JM
                                    )
    Plaintiff,                      )
                                    )
    v.                              )
                                    )   **CERTIFICATE OF SERVICE**
MONIQUE ANGEL-ROMERO (1),           )
SARA JEAN WILLIS (2),               )
                                    )
    Defendants.                     )
_____)

IT IS HEREBY CERTIFIED THAT:

    I, Carlos O. Cantu, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated May 12, 2008, and this Certificate of Service, dated May 12, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Linda Lopez, Esq.**
**Wendy S. Gerboth, Esq.**
*Attorneys for defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 12, 2008.


    /s/ *Carlos O. Cantu*
    Carlos O. Cantu
    Special Assistant United States Attorney


Notice of Appearance
United States v. Monique Angel-Romero, et al3                                  08cr1136JM