# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NUMBER 08CR1136-JM |
| **vs** | ) | |
| | ) | **ABSTRACT OF ORDER** |
| Sara Jean Willis (2) | ) | Booking No. 06141298 |
| | ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____ June 20, 2008 _____

the Court entered the following order:

_____ ✓ _____ Defendant be released from custody, on 6·30·08.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ ✓ _____ Defendant sentenced to TIME SERVED, supervised release for __3__ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ ✓ _____ Other. Deft given Time Served plus 10 days for placement in a RRC.

FILED

JUL - 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.     Clerk

by

Deputy Clerk

L. Barkins

Received _____
DUSM

Crim-9     (Rev 6-95)     ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY